DocuSign Envelope ID: 7B373347-F33F-488B-8988-AB3FD5AAD9C6

B2830 (Form 2830) (04/19)

# UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re  Theresa A. Miller                              Case No. 1:16-02711-HWV
        Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[✓]  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[✓]  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

[ ]  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

\*  Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

DocuSign Envelope ID: 7B373347-F33F-488B-8988-AB3FD5AAD9C6

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   10/17/2021          *DocuSigned by:* Theresa A. Miller  (994370EFB45B43D...)

              Date                                             Debtor